## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JOHAN ALMONTE-ORTIZ | : | VIOLATION: |
| DOMINGO PIMENTEL | | 21 U.S.C. § 841(a)(1), (b)(1)(A) (possession |
|    a/k/a "Domingo Cedeno-Pimentel," | : | with intent to distribute 400 grams or more |
|    a/k/a "Domingo Cedeno," | | of a mixture or substance containing a |
| FRANCISCO ROMERO-GARABITO | : | detectable amount of fentanyl – 1 count) |
| ERICKS ROMERO-ROSARIO | | Notice of forfeiture |
|    a/k/a "Erick Francisco Romero- | : | |
|       Rosario," | | |
|    a/k/a "Ericks Romero," | : | |
| EDWIN ISRAEL BATISTA FLETE | | |

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

On or about May 13, 2026, in Philadelphia, in the Eastern District

of Pennsylvania, defendants

JOHAN ALMONTE-ORTIZ,
DOMINGO PIMENTEL,
a/k/a "Domingo Cedeno-Pimentel,"
a/k/a "Domingo Cedeno,"
FRANCISCO ROMERO-GARABITO,
ERICKS ROMERO-ROSARIO,
a/k/a "Erick Francisco Romero-Rosario,"
a/k/a "Ericks Romero," and
EDWIN ISRAEL BATISTA FLETE

knowingly and intentionally possessed with intent to distribute 400 grams or more, that is,

approximately 5,596 grams, of a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## NOTICE OF FORFIETURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.       As a result of the violations of 21 U.S.C. § 841, as set forth in this indictment, defendants

**JOHAN ALMONTE-ORTIZ,
DOMINGO PIMENTEL,
a/k/a "Domingo Cedeno-Pimentel,"
a/k/a "Domingo Cedeno,"
FRANCISCO ROMERO-GARABITO,
ERICKS ROMERO-ROSARIO,
a/k/a "Erick Francisco Romero-Rosario,"
a/k/a "Ericks Romero," and
EDWIN ISRAEL BATISTA FLETE**

shall forfeit to the United States of America:

(a)      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and

(b)      any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such violation.

2.       If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty,

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the property subject to

forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

GRAND JURY FOREPERSON

DAVID METCALF
United States Attorney

4

No.\_ \_ \_ \_ \_ \_ \_ \_ \_ \_

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**JOHAN ALMONTE-ORTIZ**
**DOMINGO PIMENTEL, a/k/a "Domingo Cedeno-Pimentel", a/k/a "Domingo Cedeno"**
**FRANCISCO ROMERO-GARABITO**
**ERICKS ROMERO-ROSARIO, a/k/a "Erick Francisco Romero-Rosario", a/k/a "Ericks Romero"**
**EDWIN ISRAEL BATISTA FLETE**

## INDICTMENT

**21 U.S.C. § 841(a)(1), (b)(1)(A) (possession with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl) – 1 count**
**Notice of Forfeiture**



Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, \$ _____